

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00128-CR

Lori P. **BALDERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5244
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: April 29, 2020

DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is signed by Appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). Appellant's motion is granted; this appeal is dismissed. *See id.*; *Hypolite v. State*, 647 S.W.2d 294, 295 (Tex. Crim. App. 1983); *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

PER CURIAM

Do not publish